IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 2 2 2010

By JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES OF AMERICA,

v.

RAMONE GARCIA SHIRLEY,

        Defendant.

CRIMINAL CASE NO.

1:10-CR-167-01-JEC

## ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Final Report and Recommendation [32] recommending granting in part and denying in part defendant's First Motion to Suppress Evidence and Statements [18].   The defendant filed Objections [37] to the Report and Recommendation [32] on November 24, 2010.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [32] **GRANTING IN PART AND DENYING IN PART** defendant's First Motion to Suppress Evidence and Statements [18].

The Government has also filed a Motion to Admit Evidence and Request for an Evidentiary Hearing [34].  The defendant has failed to object.   The Court, therefore, assumes the defendant has no opposition to the motion.

AO 72A
(Rev.8/82)

The Court schedules the trial date for the above named defendant for **MONDAY, JANUARY 31, 2011, 9:30 A.M., COURTROOM 2107**.

Each party shall file the party's 15 requests to charge, the voir dire questions, and any motions in limine **Monday, January 24, 2011**.[1] The pretrial conference is scheduled for **Thursday, January 27, 2011, 3:00 P.M., CHAMBERS 2167**.

Written objections to each other's requests to charge are due on the morning of trial.  Please provide two courtesy copies.

Counsel are directed to mark their exhibits *PRIOR* to trial with an exhibit sticker, exhibit number and CASE NUMBER.  Counsel must submit a typed exhibit and witness list to the Court, court reporter and court deputy the morning trial begins.

SO ORDERED this 22nd day of DECEMBER, 2010.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

---

[1]     Counsel shall provide a disc containing the voir dire questions and requests to charge.

AO 72A
(Rev.8/82)